pedes access to the easement. Appellants raise three points on appeal. First, Appellants argue the trial court's judgment is against the weight of the evidence. Second, Appellants claim Count IV of the declaratory judgment action constituted a misjoinder of claims. Third, Appellants aver the trial court's findings of fact and conclusions of law violated Rule 73.01.

We have reviewed the briefs of the parties, the transcript, and the record on appeal. No error of law appears. The motion taken with the case is denied. An opinion reciting the detailed facts and restating principles of law would have no precedential value. We have, however, provided a memorandum opinion, only for the use of the parties, setting forth the reasons for the order affirming the trial court's decision pursuant to Rule 84.16(b).

Chris Koster, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and GEORGE W. DRAPER III, J.

## ORDER

PER CURIAM.

Perry Rushing appeals the judgment denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).

---

Perry RUSHING, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 94955.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 7, 2011.

Lisa M. Stroup, Saint Louis, MO, for Appellant.

---

STATE of Missouri,
Plaintiff/Respondent,

v.

Lenn A. IVY, Defendant/Appellant.

No. ED 94971.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 7, 2011.